**Order issued May 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-01426-CR
_____

### LANDON LEE LIMBERG, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Fillmore, Myers, and Evans

Based on the Court's opinion of this date, we **GRANT** the December 12, 2014 motion of George R. Conkey for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove George R. Conkey as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Landon Lee Limberg, BIN 14053190, Dallas County Jail, P. O. Box 660334, Dallas, Texas, 75266-0334.

/ Lana Myers/
LANA MYERS
JUSTICE